IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:00CR280 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CHRISTOPHER VYTLAS, | ) | |
| Defendant. | ) | |

Defendant Christopher Vytlas appeared before the court on November 20, 2006 on an Amended Petition for Summons for Offender Under Supervision [39]. The defendant was represented by William Pfeffer and the United States was represented by Assistant U.S. Attorney Robert Sigler. The defendant admits allegations 1 through 9. The government did not move for detention. The defendant was released on the current conditions of supervision with additional conditions added. Final disposition in this matter is continued.

IT IS ORDERED:

1. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:00 a.m., on February 23, 2007.** Defendant must be present in person.

2. Defendant shall participate in the Home Confinement Program under electronic monitoring for a period of **ninety (90)** consecutive days. Home confinement shall commence according to a schedule arranged by the home confinement specialist. The defendant shall comply with the provisions of the Home Confinement Participant Agreement and shall pay for the costs of electronic monitoring.

3. Defendant shall participate in remote alcohol sensing as directed by the probation officer.

4. Defendant is released on current conditions of supervision.

Dated this 21st day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge